JOHN HARRIS PAER    #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facismile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROSE M. DE COITO, | CIVIL NO. 07-00376 SOM-KSC |
| Plaintiff, | NOTICE OF DISMISSAL WITH PREJUDICE |
| vs. | |
| COLLECTO, INC. dba HEALTHCARE COLLECTION SERVICES, | |
| Defendant. | |

NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through her undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice. Defendant has not responded. There are no remaining issues and parties.

DATED: Honolulu, Hawaii, October 1, 2007

JOHN HARRIS PAER
Attorney for Plaintiff